

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00690-CV

**IN RE ESTATE OF ALVILDA M. AGUILAR, DECEASED**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant Michael Aguilar's brief was December 16, 2013. Neither the brief nor a motion for extension of time was filed.

We **ORDER** appellant to file, **on or before January 20, 2014**, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court